UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                          Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 76.167.182.25,<br><br>                          Defendant. | Case No.: 3:22-cv-01823-RSH-AHG<br><br>**ORDER DENYING EX PARTE APPLICATION FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**<br><br>**[ECF No. 4]** |

      Before the Court is Plaintiff Strike 3 Holdings, LLC's ("Plaintiff") *Ex Parte* Application for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) Conference. ECF No. 4.

      Here, Plaintiff has failed to properly identify the entity it is seeking to subpoena. Plaintiff asked the Court for leave to issue a subpoena addressed to "Spectrum" but does not specifically identify which "Spectrum." *See Strike 3 Holdings, LLC v. Doe*, No. 22cv1626-RSH-MDD, 2022 WL 17363889, at *1–2 (S.D. Cal. Dec. 1, 2022) (denying identical motion because "Plaintiff provides no further information about Spectrum, which does not appear to be actively registered to do business in California. [] Active businesses registered under that name in California include Spectrum, LLC, an agricultural supplier,

and Spectrum Inc., a real estate business—not entities likely to provide Defendant's internet service. [] At least 497 other entities are registered to do business in California under names beginning with the word 'Spectrum.'") (internal citations omitted).

Therefore, the Court **DENIES** Plaintiff's motion **without prejudice**. ECF No. 4; *see Strike 3 Holdings*, 2022 WL 17363889, at *2. Plaintiff may file a renewed motion with a more specific designation of the entity it is seeking to subpoena.

**IT IS SO ORDERED.**

Dated:  December 7, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge